OPINION — AG — ** BURIAL BOARD — CERTIFICATE ** STATEMENT OF ISSUES: " HOUSE BILL NO. 62 DEALS WITH THE AMENDMENT TO: ' AND TO NOT ISSUE A BURIAL CERTIFICATE TO A FAMILY TO WHICH THEY HAD THERETOFORE ISSUED A CURRENT FAMILY BURIAL CERTIFICATE OR TO A FAMILY WHICH THEY KNOW IS THE HOLDER OF CURRENT FAMILY BURIAL CERTIFICATE ISSUED BY ANOTHER BURIAL ASSOCIATION " — THE AG IS UNABLE TO ANSWER YOUR INQUIRY. (FUNERAL DIRECTORS) CITE: 36 O.S. 771 [36-771] (FRED HANSEN)